

Tuesday, October 1, 2013

No. 13–0504/AF.   U.S. v. Matthew B. McKeever.   CCA 38026.   On consideration of Appellant's motion to withdraw the petition for grant of review and the supplement thereto without prejudice and motion to attach signed consent to motion to withdraw the petition for grant of review, it is ordered that said motions are hereby granted.

No. 12–0428/MC.   U.S. v. Stephen J. McGuire.   CCA 201000611.   Appellant's motion to extend time to file a petition for reconsideration is granted to October 10, 2013.

No. 14–0080/AR.   U.S. v. Ryan L. Brown.   CCA 20110932.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 17, 2013.

No. 14–0083/MC.   U.S. v. Jose M. Lopez.   CCA 201200457.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 17, 2013.

No. 14–0084/AR.   U.S. v. Christopher Gray.   CCA 20090259.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 17, 2013.

No. 14–0086/AF.   U.S. v. Thomas L. Eason.   CCA 38091.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 21, 2013.

No. 14–0088/AF.   U.S. v. Robert P. Walls.   CCA 38078.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 21, 2013.